Court filing Record

Court:      US District Court Idaho

Date:       06/07/2021

Case No.:   20-00555

Inmate Name:    Dunlap, Timothy Alan

Inmate No.:     35385

Document Title:   Motion for Press Release

Total Pages 3

Inmate Verification of page count signature:_Filed without inmate review___

Document _1_ of _1_

In The United States District Court
For The District of Idaho

Timothy Alan Dunlap,  ) Case No. 1:20-cv-00555-BLW
    Plaintiff, )
  ) Motion For Press
vs. ) Release,
I.M.S.I. (warden) )
et al., )
    Defendant, )

Plaintiff requests the following press release be issued by this Court, stating that it is in the public's interest to know what happens to death row inmates, and is in their interest to know just how they're being treated while in the prison system.

1.

Dated this 4th, June 2021,

_____
Timothy Alan Dunlap
#35385-J-42
Jim S, JI,
P.O. Box 57
Boise, ID, 83707
Plaintiff/Pro Se

2,

Press Release

Tim Dunlap, a death-row inmate in Idaho, who also has a death sentence in Ohio, has filed suit against the prison and a doctor alleging gross negligence on the part of the Doctor for Rad's not to move him to the Acute mental Health Unit within the prison. He's asking for damages, and that he be moved to the AMHU. He is asking for a jury trial, and is awaiting a response from the State.